Arnold L. Montgomery, Appellee, v. Atchison, Topeka and Santa Fe Railway Company, Appellant.

Gen. No. 43,783.

opinion filed February 3, 1947; released for publication February 17, 1947. Emmett

Trainor, T. J. Barnett and A. R. Peterson, for appellant; Sol Andrews and Marion J. Hannigan, for appellee; Charles T. Shanner, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.